A CERTIFIED TRUE COPY
AUG 15 2006
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
AUG 15 2006
FILED
CLERK'S OFFICE

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 16 2006
GREGORY C. LANGHAM
CLERK

***RELEASED FOR PUBLICATION***

***DOCKET NO. 1788***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE QWEST COMMUNICATIONS INTERNATIONAL, INC., SECURITIES & "ERISA" LITIGATION (NO. II)***

06-cv-01784-REB-PAC

***BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR.,* KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL***

## *TRANSFER ORDER*

This litigation currently consists of 24 actions pending in the District of Colorado and one action each pending in the Northern District of California, the Southern District of New York and the Eastern District of Pennsylvania as listed on the attached Schedule A.[1] Before the Panel is a motion, pursuant to 28 U.S.C. § 1407, brought by defendants Qwest Communications International, Inc., and Qwest Capital Funding, Inc. (collectively Qwest) for coordinated or consolidated pretrial proceedings of these actions in the District of Colorado. Plaintiffs in the three actions and one related action pending outside the District of Colorado oppose the motion. In the alternative, plaintiff in the Northern District of California action asks the Panel to delay any such transfer until motions to dismiss have been adjudicated in the Northern District of California.[2]

On the basis of the papers filed and hearing session held, the Panel finds that the actions in this litigation involve common questions of fact, and that their centralization under Section 1407 in the District of Colorado will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Plaintiffs in all actions make similar allegations against the same or similar defendants, based upon the same alleged financial irregularities in connection with Qwest securities. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery;

---

* Judge Miller took no part in the decision of this matter.

[1] The Panel has been notified of a related action in the Southern District of New York. In light of the Panel's disposition of this docket, this action will be treated as a potential tag-along action. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

[2] A similar request by plaintiff in the Southern District of New York action before the Panel was subsequently withdrawn.

A CERTIFIED TRUE COPY



prevent inconsistent pretrial rulings; and conserve the resources of the parties, their counsel and the judiciary.

FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

The plaintiffs opposing the motion before the Panel have argued, inter alia, that Section1407 transfer should be denied because 1) a partial settlement has been approved in class action proceedings in the District of Colorado that have been pending since 2001; 2) alternatives to 1407 transfer were available to address any common discovery matters and to prevent inconsistent pretrial rulings; and/or 3) transfer would be unduly burdensome or otherwise prejudicial. We are not persuaded by these contentions. In addition to the class action proceedings, other actions in the District of Colorado have been brought by opt-out litigants or other persons not covered under the settlement. Those actions will require common discovery and will still need and benefit from Section 1407 centralization with the present actions pending outside the District of Colorado. Also, while we applaud every cooperative effort undertaken by parties to any litigation, transfer under Section 1407 has the benefit of placing all actions in this docket before a single judge who can structure pretrial proceedings to consider all parties' legitimate discovery needs, while ensuring that common parties and witnesses are not subjected to discovery demands which duplicate activity that has already occurred or is occurring in other actions. As Section 1407 proceedings evolve in the transferee district, these plaintiffs may at some point wish to renew their arguments that the uniqueness of their actions renders continued inclusion of those actions in the MDL-1788 proceedings unnecessary or inadvisable. They then will be free to approach the transferee judge for a suggestion of remand, and whenever the transferee judge deems remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38.

We are persuaded that the District of Colorado is an appropriate transferee forum for this litigation. By choosing to centralize this litigation in the District of Colorado and to assign it to the judge before whom the class action proceedings have been pending for over four years, we will be placing these actions before a transferee judge 1) who is already familiar with many of the factual issues posed by these actions, and 2) who will have the flexibility to structure any pretrial proceedings in the newly filed MDL-1788 opt-out actions with any pretrial proceedings previously conducted in the District of Colorado, so that any common matters may be addressed efficiently while still ensuring that any matters unique to the class action settlement or the newly filed MDL-1788 actions may proceed on their own separate tracks.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the District of Colorado are transferred to the District of Colorado and, with the consent of that court, assigned to the Honorable Robert E. Blackburn for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

FOR THE PANEL:

s/ Wm. Terrell Hodges

Wm. Terrell Hodges
Chairman

**SCHEDULE A**

MDL-1788 -- In re Qwest Communications International, Inc., Securities & "ERISA" Litigation (No. II)

Northern District of California

*San Francisco Employees Retirement System v. Qwest Communications International, Inc., et al.*, C.A. No. 3:06-2615

District of Colorado

*New England Health Care Employees Pension Fund, et al. v. Qwest Communications International, Inc., et al.*, C.A. No. 1:01-1451
*Stanton Discount Pharmacy, et al. v. Qwest Communications International, Inc., et al.*, C.A. No. 1:01-1472
*Douglass Urquhart, et al. v. Qwest Communications International, Inc., et al.*, C.A. No. 1:01-1527
*Tyler Del Valle Grady, et al. v. Qwest Communications International, Inc., et al.*, C.A. No. 1:01-1616
*Robert Cline, et al. v. Qwest Communications International, Inc., et al.*, C.A. No. 1:01-1799
*David Tanner, et al. v. Qwest Communications International, Inc., et al.*, C.A. No. 1:01-1930
*Herbert S. Cohen Trust v. Qwest Communications International, Inc., et al.*, C.A. No. 1:02-333
*Adele Brody v. Qwest Communications International, Inc., et al.*, C.A. No. 1:02-374
*Valerie J. Brooks, et al. v. Qwest Communications International, Inc., et al.*, C.A. No. 1:02-464
*Janice Dudley, et al. v. Qwest Communications International, Inc., et al.*, C.A. No. 1:02-470
*Rod Coyle, et al. v. Qwest Communications International, Inc., et al.*, C.A. No. 1:02-482
*Brian Barry v. Qwest Communications International, Inc., et al.*, C.A. No. 1:02-507
*James Rooney, et al. v. Qwest Communications International, Inc., et al.*, C.A. No. 1:02-602
*Laila Abdelnour v. Qwest Communications International, Inc., et al.*, C.A. No. 1:02-658
*Paula Smith, et al. v. Qwest Communications International, Inc., et al.*, C.A. No. 1:02-714
*Stuart Wollman v. Qwest Communications International, Inc., et al.*, C.A. No. 1:02-755
*Seymour Tabacoff, et al. v. Qwest Communications International, Inc., et al.*, C.A. No. 1:02-798
*Mary Stuhr v. Qwest Communications International, Inc., et al.*, C.A. No. 1:02-2120
*Stichting Pensioenfonds ABP v. Qwest Communications International, Inc., et al.*, C.A. No. 1:04-238
*Donald Keller v. Qwest Communications International, Inc., et al.*, C.A. No. 1:04-680
*Shriners Hospitals for Children v. Qwest Communications International, Inc., et al.*, C.A. No. 1:04-781
*Teachers' Retirement System of Louisiana v. Qwest Communications International, Inc., et al.*, C.A. No. 1:04-782
*New York City Employees Retirement System, et al. v. Qwest Communications International, Inc., et al.*, C.A. No. 1:04-1964
*Fire & Police Pension Association of Colorado v. Qwest Communications International, Inc., et al.*, C.A. No. 1:06-732

Southern District of New York

*New York State Common Retirement Fund v. Qwest Communications International, Inc., et al.*, C.A. No. 1:06-2996

Eastern District of Pennsylvania

*Pennsylvania Public School Employees' Retirement System v. Qwest Communications International, Inc., et al.*, C.A. No. 2:06-1829

# Judicial Panel on Multidistrict Litigation - Panel Attorney Service List
# for
# MDL 1788 - In re Qwest Communications International, Inc., Securities & "ERISA"

***** Report Key and Title Page *****

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**

* Signifies that an appearance was made on behalf of the party by the representing attorney.
# Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**

Docket: 1788 - Qwest Communications International, Inc., SEC & "ERISA" (No. II)

For Open Cases

Docket: 1788 - In re Qwest Communications International, Inc., Securities & "ERISA" Litigation (No. II)
Status: Transferred on 08/15/2006
Transferee District: CO Judge: Blackburn, Robert E. Printed on 08/15/2006

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Baumann, Frederick J.<br>Rothgerber, Johnson & Lyons LLP<br>1200 17th Street<br>Suite 3000<br>Denver, CO 80202-5855 | => **Phone: (303) 623-9000 Fax: (303) 623-9222**<br>Alvarado, Linda; Barrett, Craig R.; Brown, Hank; Donohue, Thomas J.; Haines, Jordan; Haines, Jordan L.#; Hellman, Peter; Hellman, Peter S.#; Khosla, Vinod*#; Popoff, Frank; Stephens, Thomas; Stephens, W. Thomas; Stephens, William Thomas |
| Burkholz, Spencer A.<br>Lerach Coughlin Stoia Geller Rudman & Robbins, LLP<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101 | => **Phone: (619) 231-1058 Fax: (619) 231-7423**<br>Abdelnour, Laila; Barry, Brian; Brody, Adele; Brooks, Valerie; Cline, Robert; Connors, Daniel Howard; Golinsky, Leon; Grady, Tyler Del Valle; Herbert S. Cohen Trust; Mosher, Clifford; Najdek, Cathy; New England Health Care Employees Pension Fund; Sellers (Estate of), Matthew B.; Singh, Satpal; Singh, Tejinder; Stanton Discount Pharmacy, Inc.; Stuhr, Mary; Tabacoff, Seymour; Tanner, David; Urquhart, Douglass; Wollman, Stuart |
| Casey, Timothy John<br>Clifford Chance US, LLP<br>31 West 52nd Street<br>New York, NY 10019-6131 | => **Phone: (212) 878-8000 Fax: (212) 878-8375**<br>Woodruff, Robert; Woodruff, Robert S.*# |
| Drooks, Mark T.<br>Bird, Marella, Boxer & Wolpert, et al., PC<br>1875 Century Park, East<br>23rd Floor<br>Los Angeles, CA 90067-2561 | => **Phone: (310) 201-2100 Fax: (310) 201-2110**<br>Szeliga, Robin R. |
| Eisenhofer, Jay W.<br>Grant & Eisenhofer, P.A.<br>1201 North Market Street<br>Suite 2100<br>Wilmington, DE 19801 | => **Phone: (302) 622-7000**<br>New York City Board of Education Retirement System; New York City Employees' Retirement System; New York City Fire Department Pension Fund; New York City Fire Officers' Variable Supplement Fund; New York City Firefighters' Variable Supplements Fund; New York City Police Officers' Variable Supplements Fund; New York City Police Pension Fund; New York City Police Superior Officers' Variable Supplements Fund; New York City Teachers' Retirement System; New York City Teachers' Retirement System Variable Annuity A Program; New York City Teachers' Retirement System Variable Annuity B Program; Stichting Pensioenfonds ABP |
| Fineman, Steven E.<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>780 Third Avenue<br>48th Floor<br>New York, NY 10017-2024 | => **Phone: (212) 355-9500 Fax: (212) 355-9592**<br>New York State Common Retirement Fund* |
| Freedman, John A.<br>Arnold & Porter, LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004-1206 | => **Phone: (202) 942-5316 Fax: (202) 942-5999**<br>Arthur Andersen, LLP*; Iwan, Mark* |
| Harrod, Rene' D.<br>Berger Singerman, P.A.<br>350 E. Las Olas Boulevard<br>Suite 1000<br>Ft. Lauderdale, FL 33301 | => **Phone: (954) 525-9900 Fax: (954) 523-2872**<br>Arnold, Joel#; Arnold, Joel M.; Eveleth, William L.# |

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Heimann, Richard M.<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>Embarcadero Center West<br>30th Floor<br>275 Battery Street<br>San Francisco, CA 94111 | => **Phone: (415) 956-1000**<br>Fire & Police Pension Association of Colorado; San Francisco Employees Retirement System* |
| Hofmann, Michael J.<br>Holme, Roberts & Owen LLP<br>1700 Lincoln Street<br>#4100<br>Denver, CO 80203 | => **Phone: (303) 861-7000 Fax: (303) 866-0200**<br>Anschutz, Phillip F.*#; Harvey, Cannon Y.*; Slater, Craig D.*# |
| Jacobson, Richard<br>Arnold & Porter, LLP<br>555 12th Street, Nw<br>Washington, DC 20004 | => **Phone: (202) 942-6975 Fax: (202) 942-5999**<br>Casey, Gregory; Casey, Gregory M. |
| Kaplan, Roberta A.<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of The Americas<br>New York, NY 10019-6064 | => **Phone: (212) 373-3000 Fax: (212) 373-2037**<br>Citigroup Global Markets, Inc. fka Salomon Smith Barney, Inc.*#; Citigroup, Inc.*#; Grubman, Jack B.*# |
| Komins, M. Richard<br>Barrack, Rodos & Bacine<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103 | => **Phone: (215) 963-0600 Fax: (215) 963-0838**<br>Pennsylvania Public School Employees' Retirement System* |
| Kramer, Gary Michael<br>Bernbaum, Weinshienk & Eason, PC<br>370 - 17th Street<br>Republic Plaza #4800<br>Denver, CO 80202-5698 | => **Phone: (303) 825-8000 Fax: (303) 629-7610**<br>Schumacher, Mark A. |
| Levitt, Alfred Philip<br>Boies, Schiller & Flexner, LLP<br>5301 Wisconsin Avenue, NW<br>Suite 800<br>Washington, DC 20015 | => **Fax: (202) 237-6131**<br>Qwest Capital Funding, Inc.*; Qwest Communications International, Inc.*#; Qwest Corp.* |
| Lobel, Douglas P.<br>Cooley Godward LLP<br>11951 Freedom Drive<br>One Freedom Square<br>Reston, VA 20190-5656 | => **Phone: (703) 456-8000**<br>Weston, Richard L.*# |
| Michaels, Charles G.<br>4605 South Yosemite Street<br>No. 21 | => **Phone: (303) 837-0800 Fax: (303) 484-4737**<br>Teachers' Retirement System of Louisiana |

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Denver, CO 80237-2526 | |
| Miller, Robert N.<br>Perkins Coie, LLP<br>1899 Wynkoop Street<br>Suite 700<br>Denver, CO 80202 | => **Fax: (303) 291-2400**<br>Smith, James A.# |
| Mitchell, Charles T.<br>Hogan & Hartson, LLP<br>1200 Seventeenth Street<br>Suite 1500<br>Denver, CO 80202 | => **Phone: (303) 454-2425 Fax: (303) 899-7333**<br>Jacobsen, Stephen M.*#; Wilks, Lewis O.*# |
| Moses, Barbara<br>Morvillo, Abramowitz, Grand Iason & Silberberg PC<br>565 Fifth Avenue<br>New York, NY 10017 | => **Phone: (212) 856-9600 Fax: (212) 856-9494**<br>Mohebbi, Afshin# |
| Nesland, James E.<br>Cooley Godward LLP<br>380 Interlocken Crescent<br>Suite 900<br>Broomfield, CO 80021-8023 | => **Phone: (720) 566-4221 Fax: (720) 566-4099**<br>Tempest, Drake S.*# |
| Ondrasik, Jr., Paul J.<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036 | => **Phone: (202) 429-6440 Fax: (202) 429-3902**<br>Deutsche Bank Trust Co. of Americas |
| Peters, Stephen C.<br>Lindquist & Vennum<br>600 17th Street<br>#1800 South<br>Denver, CO 80202 | => **Phone: (303) 573-5900 Fax: (303) 573-1956**<br>Walker, John M. |
| Richilano, John M.<br>Richilano & Gilligan, P.C.<br>633 17th Street<br>Suite 1700<br>Denver, CO 80202 | => **Phone: (303) 893-8000 Fax: (303) 893-8055**<br>Hutchins, Douglas K.# |
| Schneider, Perry J.<br>Milodragovich, Dale, Steinbrenner & Binney<br>Sunstone Building<br>620 High Park Way<br>Box 4947<br>Missoula, MT 59806 | => **Phone: (406) 728-1455 Fax: (406) 549-7077**<br>Keller, Donald |
| Schreiber, Scott B.<br>Arnold & Porter, LLP | => **Phone: (202) 942-5000 Fax: (202) 942-5999**<br>Arthur Andersen, LLP |

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 555 Twelfth Street, N.W.<br>Washington, DC 20004 | |
| Stark, David W.<br>Faegre & Benson, LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO 80203-4532 | => **Phone: (303) 607-3500 Fax: (303) 607-3500**<br>Nelson, Marilyn Carlson# |
| Stern, Herbert J.<br>Stern & Kilcullen<br>75 Livingston Avenue<br>Roseland, NJ 07068 | => **Phone: (973) 535-2600 Fax: (973) 535-9664**<br>Nacchio, Joseph P.* |
| Thornton, M. Robert<br>King & Spalding, LLP<br>191 Peachtree Street, N.E.<br>Atlanta, GA 30303 | => **Phone: (404) 572-4778 Fax: (404) 572-5142**<br>Treadway, Bryan K.# |
| Whatley, Jr., Joe R.<br>Whatley Drake & Kallas, LLC<br>2323 2nd Avenue, North<br>P.O. Box 10647<br>Birmingham, AL 35202-0647 | => **Phone: (205) 328-9576 Fax: (205) 328-9669**<br>Coyle, Rod; Dudley, Janice; Rooney, James; Roth, Charles; Smith, Paula |
| Wright, William A.<br>Sherman & Howard L.L.C.<br>633 Seventeenth Street<br>Suite 3000<br>Denver, CO 80202 | => **Phone: (303) 299-8474 Fax: (303) 298-0940**<br>Plan Investment Committee*; Qwest Asset Management, Inc.*; Qwest Plan Administrative Committee*; Qwest Plan Design Committee*; Qwest Savings & Investment Plan |
| Zisser, David A.<br>Isaacson, Rosenbaum, P.C.<br>633 17th Street<br>Suite 2200<br>Denver, CO 80202 | => **Phone: (303) 292-5656 Fax: (303) 292-3152**<br>Weisberg, Marc B.* |

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 6 2006

GREGORY C. LANGHAM
CLERK

August 15, 2006

Gregory C. Langham, Clerk
A105 Alfred A. Arraj U.S. Courthouse
901 19th St.
Denver, CO 80294-3589

Re: MDL-1788 -- In re Qwest Communications International, Inc., Securities & "ERISA" Litigation (No. II)

(See Attached Schedule A of Order)

Dear Mr. Langham:

I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter. The order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A copy of Rule 1.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 428 (2001), which deals specifically with the transfer of files, is enclosed for your convenience. Also enclosed are a complete set of the Panel Rules and a copy of Chapter 7 of Volume 4 of the Clerks Manual, United States District Courts.

The Panel Clerk's Office maintains the only statistical accounting of multidistrict litigation traffic in the federal courts. These statistics are used by the Administrative Office of the United States Courts and the Judicial Conference. Therefore, your cooperation in keeping the Panel advised of the progress of this litigation would be appreciated. We are particularly interested in receiving the docket numbers assigned to each transferred action by your court; the caption and docket numbers of all actions originally filed in your district; and copies of orders regarding appointment of liaison counsel, settlements, dismissals, state court remands, and reassignments to other judges in your district.

Your attention is also directed to Panel Rule 7.6, regarding termination and remand of transferred actions. Upon notification from your court of a finding by the transferee judge that Section 1407 remand of a transferred action is appropriate, this office will promptly file a conditional remand order.

For your information, I am enclosing a copy of the Panel Attorney Service List.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Denise Morgan
Deputy Clerk

Enclosures

cc w/all enclosures (Chapter 7 of Volume 4 of the Clerks Manual, U.S. District Courts, Rule 1.6, R.P.J.P.M.L., transfer order, Panel Attorney Service List, and complete Panel Rules):

Transferee Judge: Judge Robert E. Blackburn

cc w/order only: Transferee Chief Judge: Judge Lewis T. Babcock

cc w/order and Rule 1.6, R.P.J.P.M.L.:

Transferor Clerk(s):
J. Michael McMahon
Michael E. Kunz
Richard W. Wieking

Transferor Judge(s):
Judge Phillip S. Figa
Judge Martin J. Jenkins
Judge Timothy J. Savage
Judge Shira Ann Scheindlin